RODMAN J. PEARSON, Appellant, *v.* WILLIAM L. REED
et al., Respondents.

Reported below, 152 App. Div. 468.
(Submitted January 6, 1913; decided January 14, 1913.)

MOTION to dismiss an appeal from a judgment of the
Appellate Division of the Supreme Court in the second
judicial department, entered September 12, 1912, affirm-
ing a judgment in favor of defendants entered upon a dis-
missal of the complaint by the court at Special Term in an
action to charge payment of a legacy upon real property.

The motion was made upon the ground that the notice
of appeal was not filed until more than sixty days after
service and entry of the judgment of affirmance.

*Charles F. Cossum* for motion.

*Ralph Hickox* opposed.

Motion denied, with ten dollars costs.